| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Officer: | Hector Rivera | Telephone: (313) 771-6645 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br>Williams Alfonso ZELAYA-FUNES | Case No. | Case: 2:25-mj-30212<br>Assigned To : Unassigned<br>Assign. Date : 4/7/2025<br>Description: RE: WILLIAMS<br>ALFONSO ZELAYA-FUNES (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 31, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about March 31, 2025, in the Eastern District of Michigan, Southern Division, Williams Alfonso ZELAYA-FUNES, an alien from Honduras, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about November 4, 2024, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

*Complainant's signature*

Hector Rivera, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __April 7, 2025__

*Judge's signature*

City and state: __Detroit, MI__

David R. Grand, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Hector Rivera, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) of the United States Department of Homeland Security (DHS) at the Detroit Field Office. I have been employed in this capacity since February 2007. I am currently assigned to the Detroit ICE-ERO Fugitive Operations team.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant for Williams Alfonso ZELAYA-FUNES, an alien who has previously been removed from the United States on or about November 4, 2025, at or near Alexandria, Louisiana, and was thereafter found in the United States on or about March 31, 2025, without having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission, all in violation of Title 8, United States Code, Section 1326(a).

3. The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include ICE ERO Deportation Officers, and database record checks. I have also reviewed records from the official immigration file and system automated data relating to ZELAYA-FUNES. I have not included every fact known to law enforcement related to this investigation.

4. ZELAYA-FUNES is a thirty-two-year-old citizen and a native of Honduras who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

5. On August 23, 2011, the 24th District Court, Allen Park, Michigan, convicted ZELAYA-FUNES for the offense of Operating - License Denied or Never Applied and sentenced him to $250 in fines, cost and restitution fifteen days optional jail.

1

6. On or about August 31, 2011, U.S. Immigration and Customs Enforcement (ICE) arrested ZELAYA-FUNES at or near Detroit, Michigan, and served him with Form I-862 Notice to Appear, placing him into Immigration proceedings. On September 13, 2011, an Immigration Judge in Detroit, Michigan granted ZELAYA-FUNES' voluntary departure under safeguards. On September 29, 2011, ZELAYA-FUNES departed the United States for Honduras via air conveyance at the Miami, Florida port of entry.

7. On or about September 10, 2023, ICE Officer Ballard received a duty call from Cpl. Gamble, Detroit Police Sex Crimes for information on a Criminal Sexual Conduct - Fourth, suspect, Williams Alfonso ZELAYA-FUNES (XX/XX/1992). According to the Detroit police report "On three separate occasions, starting in January of 2022, ZELAYA-FUNES molested XXX. On two occasions ZELAYA-FUNES touched XXX`s breasts, butt, and vagina over her clothing. On one occasion William also went under XXX`s clothing and inserted his fingers into her vagina". The investigation is currently closed due to insufficient evidence.

8. On or about October 09, 2024, ICE arrested ZELAYA-FUNES at or near Detroit, Michigan and served him with an I-862 Notice to Appear. On October 23, 2024, an Immigration Judge in Detroit, Michigan ordered ZELAYA-FUNES removed to Honduras. On November 4, 2024, ICE removed ZELAYA-FUNES to Honduras via ICE Air Operations at the Alexandria, Louisiana port of entry.

9. On March 31, 2025, the ICE/HSI Task Force Team traveled to the area of Mansfield St. and Diversity St. in Detroit, Michigan in search of Williams Alfonso ZELAYA-FUNES, who is the target of an approved Field Operations Worksheet. At approximately 07:30 a.m., a male subject matching the physical description of ZELAYA-FUNES departed the residence in a dark-colored Jeep Patriot bearing Michigan license plate DMX6752, a vehicle known to be utilized by ZELAYA-FUNES. Officers initiated a vehicle stop at or near Majestic St. and Montrose St. in Detroit, Michigan to identify the Hispanic male based on the reasonable suspicion that this individual matched the description of the target seen exiting the residence. Officers identified themselves, contacted the driver and requested identification.

10. ZELAYA-FUNES stated his name to be Williams Alfonso ZELAYA-FUNES, and stated he is a citizen and national of Honduras. Officers placed ZELAYA-FUNES under arrest based on probable cause that he was an alien who had unlawfully reentered the United States after having been previously removed.

11. HSI Officers transported ZELAYA-FUNES to the Detroit Field Office for processing. The arrest and subsequent detention of ZELAYA-FUNES was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

12. ZELAYA-FUNES' fingerprints and photograph were captured and searched in the ICE/FBI systems. The fingerprints returned with a positive match for Williams Alfonso ZELAYA-FUNES, a native and citizen of Honduras who had previously been removed from the United States.

13. A review of ZELAYA-FUNES's immigration file, record checks, and queries in the U.S. Department of Homeland Security databases confirmed that ZELAYA-FUNES did not obtain the permission or express consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on November 04, 2024.

14. On March 31, 2025, ICE-ERO served ZELAYA-FUNES with Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

15. Based on the above information, I believe there is probable cause to conclude that Williams Alfonso ZELAYA-FUNES is an alien who has previously been removed from the United States on or about November 4, 2025, at or near Alexandria, Louisiana and was thereafter found in the United States on or about March 31, 2025 in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to

3

the United States, all in violation of Title 8, United States Code, Section 1326(a).

_____
Hector Rivera, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

April 7, 2025

4